FILED
John E. Triplett, Clerk of Court
United States District Court
By jamesburrell at 12:43 pm, Oct 09, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INFORMATION NO. 4:25CR-136 |
| | ) |
| v. | ) 18 U.S.C. § 1343 |
| | ) Wire Fraud |
| ANTONIO J. EVANS, SR. | ) |

THE UNITED STATES ATTORNEY CHARGES THAT:

At all times relevant to this Information, unless otherwise stated:

### GENERAL ALLEGATIONS

1. Schneider National, Inc. ("Schneider") is a national provider of transportation, distribution, and logistical services with facilities in Savannah, Chatham County, within the Southern District of Georgia. One of Schneider's primary local locations is at the Port of Savannah.

2. During the charged time period, Philip Charles Smith was employed by Schneider in its port drayage division as a Buyer. One of Philip Charles Smith's duties was to award contracts, also known as trucking legs, on behalf of Schneider to third party motor carriers for the transportation of freight from the Port of Savannah to other locations, including the freight's final destination.

3. During the charged time period, **ANTONIO J. EVANS** was the sole owner and operator of Evans Road Carriers, LLC, ("ERC"). ERC is an overland motor carrier, engaged in, among other things, transporting shipping containers to and from the Port of Savannah. As of August 6, 2021, ERC maintained a contract with

Schneider as a licensed motor carrier, contracting with Schneider to provide transportation and other related services as needed.

4. During the charged time-period, the Defendant, **ANTONIO J. EVANS, SR.,** together with Philip Charles Smith, engaged in a scheme to defraud Schneider of approximately $821,898.91 by submitting false and fraudulent invoices for trucking legs that **ANTONIO J. EVANS, SR.** did not actually complete.

## THE SCHEME

5. Beginning at least as early as on or about March 14, 2022, and continuing through on or about July 31, 2024, the Defendant, **ANTONIO J. EVANS, SR.**, together with Philip Charles Smith, devised and intended to devise a scheme to defraud Schneider, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises.

## MANNER AND MEANS

It was part of the scheme that:

6. Philip Charles Smith would use his employee access and knowledge of Schneider's information and tracking systems to assign fictitious trucking legs to ERC and **ANTONIO J. EVANS, SR.**

7. After receiving being assigned a fictitious trucking leg, **ANTONIO J. EVANS, SR.** would not haul any freight. Instead, **ANTONIO J. EVANS, SR.** would submit to Schneider, in interstate commerce, a false and fraudulent invoice that requested payment for work that **ANTONIO J. EVANS, SR.** did not complete.

8. In reliance on **ANTONIO J. EVANS, SR.'s** false and fraudulent pretenses and representations, Schneider would unwittingly pay ERC and **ANTONIO J. EVANS, SR.** for work that was never completed.

9. After receiving payment from Schneider, **ANTONIO J. EVANS, SR.** would "kick-back" money to Philip Charles Smith by transferring a portion of the fraudulent funds that **ANTONIO J. EVANS, SR**. received to Philip Charles Smith.

### COUNT ONE
*Wire Fraud*
18 U.S.C. § 1343

10. On or about July 28, 2024, in Chatham County, within the Southern District of Georgia, and elsewhere, the defendant,

**ANTONIO J. EVANS, SR.,**

for the purpose of executing the scheme described above, caused to be transmitted by means of wire communication in interstate commerce signals and sounds, specifically by submitting a fraudulent invoice via electronic mail, for Schneider to pay ERC $1,741.14, which was paid out on August 1, 2024.

All in violation of Section 1343 of Title 18 of the United States Code.

{Signatures on Following Page}

_____
L. Alexander Hamner
Assistant United States Attorney
Deputy Chief, Criminal Division

_____
Darron J. Hubbard
Assistant United States Attorney
*Lead Counsel

4